**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7553**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

ERIC MARIO BYERS,

               Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:02-cr-00077-RBS-1)

Submitted:  April 16, 2020               Decided:  April 20, 2020

Before GREGORY, Chief Judge, and WYNN and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eric Mario Byers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Mario Byers appeals the district court's order denying his motion to show cause why documents should not be unsealed. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Byers*, No. 2:02-cr-00077-RBS-1 (E.D. Va. Sept. 26, 2019). We also deny Byers' motions for appointment of counsel and to consolidate. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*